AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>13 EAST JEFFERSON STREET, APARTMENT 5<br>PHILADELPHIA, PA | )<br>)<br>)<br>)    Case No. 26-mj-536<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A.

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

❒ property designed for use, intended for use, or used in committing a crime;

❒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(o) | Possession of a machinegun |
| 18 U.S.C. 922(g)(1) | Possession of a firearm by a felon |
| 18 U.S.C. 933 | Firearms trafficking |

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

❒ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Yochanan Rosenblum
_____
*Applicant's signature*

Yochanan Rosenblum, Special Agent, ATF
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ telephone _____ *(specify reliable electronic means)*.

Date: _____ 03/26/2026 _____

Digitally signed by Caroline
Goldner Cinquanto
Date: 2026.03.26 17:53:14 -04'00'
_____
*Judge's signature*

City and state:   Philadelphia, Pennsylvania     Caroline Goldner Cinquanto, U.S. Magistrate Judge
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

**IN THE MATTER OF THE SEARCH OF 13 EAST JEFFERSON STREET, UNIT 5, PHILADELPHIA, PENNSYLVANIA**

No. 26-mj-536

### AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Yochanan Rosenblum, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises known as **13 East Jefferson Street, Unit 5, Philadelphia, Pennsylvania**, hereinafter "the **PREMISES,**" further described in Attachment A, for the things described in Attachment B.

2.      I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so since 2024. I am currently assigned to the Firearms Trafficking Task Force Philadelphia Group 1, where we are tasked with investigating various federal firearm violations, including investigating violations of the National Firearms Act. I have successfully completed the Criminal Investigator Training Program as well as the Special Agent Basic Training program. As a result of my training and experience, and that of other investigators, I am familiar with investigations involving violations of federal firearms laws, and I am familiar with federal warrants involving residences.

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE**

1.      I have conducted an investigation of Kaleem JORDAN in connection with violations of 18 U.S.C. § 922(o) (possession of an unregistered machineguns).

2.      On February 5, 2026, a grand jury in the Eastern District of Pennsylvania indicted JORDAN with one count of possession of a machinegun, in violation of 18 U.S.C. § 922(o), under case number 26-cr-0056.  The charge of the indictment stems from a long-term ATF investigation of JORDAN and others obtaining, possessing and selling machinegun conversion devices. Through the investigation, it was shown that JORDON routinely used cellular telephones, social media applications and the internet to engage in his criminal activities relating to the possession and sale of machineguns.

3.      An arrest warrant was issued that same day.

4.      All law enforcement attempts to locate Kaleem JORDAN at his last known address were unsuccessful. In my experience, a fugitive's inclination is to keep moving, thereby lowering the risk that he will be found in any one place.

**A.  Background on IP Addresses**

5.      The Internet is a global network of computers and other devices. Every device on the Internet is identified by a unique number called an Internet Protocol (IP) address. This number is used to route information between devices. Two computers must know each other's IP addresses to exchange even the smallest amount of information. Accordingly, when one

2

computer requests information from a second computer, the requesting computer specifies its own IP address so that the responding computer knows where to send its response. An IP address is analogous to a telephone number and can be recorded by pen-trap devices (in addition to computer servers), and it indicates the online identity of the communicating device without revealing the communication's content.

**B. Identification of Accounts and Devices associated with Kaleem JORDAN**

6.    Through the investigation it was been established that JORDAN is actively operating Instagram account iontakerapserious ("JORDAN'S INSTAGRAM").

7.    On February 4, 2026, United States Magistrate Judge Carol Sandra Moore Wells signed a warrant, authorizing the search and seizure of three phones taken from JORDAN on January 5, 2026 during his arrest by Philadelphia police.

8.    I reviewed data located within the three devices and identified relevant evidence on one specific device hereinafter referred to as JORDAN'S PHONE. After reviewing information stored within JORDAN'S PHONE, I have observed numerous images of JORDAN located within the device. I have also observed numerous messages to and from the device with the name "Kaleem JORDAN." There are numerous messages from the Instagram account JORDAN'S INSTAGRAM sent to other accounts. Additionally, the device stores user account information which shows JORDAN'S INSTAGRAM as stored within the device.

9.    On January 5, 2026, the "owner" of the device under Instagram account JORDAN'S INSTAGRAM sent a message to another account. The other account asked what the name of the user of JORDAN'S INSTAGRAM was. JORDAN'S INSTAGRAM responded "Kaleem wyf ania."

3

10.    Grand jury subpoena returns from Instagram revealed that JORDAN'S INSTAGRAM is associated with the email address reejahmir@gmail.com. Also located within JORDAN'S PHONE are email communications to and from the email account reejahmir@gmail.com. There are numerous email messages from email accounts that appear to be associated with Instagram about JORDAN's INSTAGRAM being sent to reejahmir@gmail.com. Additionally, there are numerous email communications on the device sent to reejahmir@gmail.com which address "Kaleem JORDAN" within the body of the email. I know based on my training and experience that it is not uncommon for those who are attempting to conceal themselves from law enforcement to utilize accounts that are not in their real names.

11.    On March 11, 2026, the Honorable United States Magistrate Judge Craig Straw authorized an order for the installation and use of a pen register and trap and trace device on the Instagram account JORDAN'D INSTAGRAM (26-mj-442).

12.    I reviewed the IP data acquired through this pen register. This data shows that the Instagram account JORDAN's INSTAGRAM has been connected to IPV6 and IPV4 IP addresses. I subpoenaed Comcast and Verizon and received documentation with the subscriber of those IP addresses.

13.    Between March 22, 2026, and March 26, 2026, I have observed JORDAN'S INSTAGRAM connect to IP address 71.185.234.168 approximately 351 times.

14.    On March 24, 2026, I subpoenaed Verizon Wireless for the subscriber information related to this IP address. I reviewed documentation provided to me by Verizon for this IP address which indicates that it is subscribed to Maxime Seroussi with an associated address of 13 JEFFERSON ST APT 4, PHILA, PA 19122.

4

15.    I believed this to be an Airbnb style building and called the phone number which was listed on the subscriber information of the Wi-Fi. Christy Fitzpatrick picked up the phone and advised me that it was an Airbnb and she was the manager of the building. Fitzpatrick provided consent for law enforcement to enter the residence, providing the code to the front door and the code to every apartment within the residence. Fitzpatrick also advised me that the WI-FI for all units within the building would say Apartment 4, however it is split into multiple units.

16.    On March 26, 2026, at approximately 12:00 p.m., the United States Marshals Service and ATF entered 13 East Jefferson Street using the code provided by the building manager. Law enforcement knocked and announced for a reasonable amount of time before entering Apartment 4 within the PREMISES. Law enforcement was unable to locate JORDAN within Apartment 4.

17.    During a protective sweep of Apartment 4, agents heard voices from Apartment 5. ATF agents covering surveillance in the rear of the building observed an unknown individual attempting to open a window in a hurry. Based upon the shape of the building, law enforcement believed the window in which the individual was attempting to open was within Apartment 5.

18.    Law enforcement then knocked at the door to the PREMISES, announced their presence and stated that there was a warrant for Kaleem JORDAN. After a few moments, a female, Erica Johnson, opened the door to the PREMISES. Johnson, Charles PATTERSON and Kaleem JORDAN exited the PREMISES.

19.    Law enforcement conducted a frisk of Charles PATTERSON. Law enforcement recovered approximately $9,700.00 from PATTERSON's jacket. PATTERSON was also wearing a backpack when he exited the PREMISES. Recovered from within the backpack was a

5

backplate to a Glock style firearm slide. This is the part which is commonly removed from the firearm in order to equip a Machinegun Conversion Device.

20.    Law enforcement conducted a protective sweep of the PREMISES. As the protective sweep of the PREMISES was concluding, law enforcement observed a Glock style firearm with an extended magazine in clear view in the open bowl of the second-floor toilet, as if someone had attempted to flush it down the toilet. The firearm was equipped with a Glock style suspected Machinegun Conversion Device.

21.    I know that except in very limited circumstances individuals are unable to legally possesses Glock Switch Style Machinegun Conversion Devices. JORDAN is a multi-convicted felon, including a previous federal conviction for a violation of 18 U.S.C. § 922(o) (possession of an unregistered machinegun), under case number 23-cr-0095. JORDAN is currently on federal supervised release for that prior conviction.

22.    Based on a firearm and Machinegun Conversion Device being observed in the PREMISES, I would like to seize the firearm and Machinegun Conversion Device and search the PREMISES for evidence, instrumentalities, and fruits of the criminal activity for firearm related evidence and Machinegun Conversion Devices. Based upon my familiarity with JORDAN and the underlying investigation, I believe that JORDAN and others were attempting to hide and/or dispose of illegal items while the ATF was attempting to execute the arrest warrant. I therefore believe that the premises contains other evidence that was hidden prior to JORDAN's apprehension that relates to the possession and sale of machinegun conversion devices.  That evidence includes cellar telephones, firearms and firearm accessories and records and

6

photographs relating to the sale of firearms, firearm accessories, and machinegun conversation devices.

## CONCLUSION

23.     I submit that this affidavit supports probable cause for a warrant to search the PREMISES described in Attachment A and seize the items described in Attachment B.

Respectfully submitted,

*/s/ Yochanan Rosenblum*
Yochanan Rosenblum
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn telephonically to me
on March 26, 2026:

Digitally signed by Caroline
Goldner Cinquanto
Date: 2026.03.26 17:54:23
-04'00'

HONORABLE CAROLINE GOLDNER CINQUANTO
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

*Property to be searched*

The property to be searched is: **13 EAST JEFFERSON STREET, UNIT 5, PHILADELPHIA, PENNSYLVANIA,** an Airbnb residence with several units.

**ATTACHMENT B**

*Property to be seized*

1.      All items and records relating to violations of Title 18, United States Code Sections § 922(g)(1), Felon in Possession, § 933, Firearms Trafficking, § 922(o), Possession of an Unregistered Machinegun, those violations involving **KALEEM JORDAN,** including:

    a. Records and information relating to payment or transactions for firearms, machinegun conversion devices or ammunition;

    b. Records and information relating to firearms, firearms trafficking and machinegun conversion devices;

    c. Cellular telephones, tablets, computers, and other digital communication devices;

    d. Banking records, receipts, and transactions;

    e. US currency;

    f. All firearms, ammunition, parts and accessories, including machinegun conversion devices;

    g. Maps, addresses, photos, GPS devices;

    h. Indicia of identity and/or occupancy, control and ownership of the PREMISES and items of value, such as identification documents, business records, insurance cards, titles, registrations, and mail;

2

    i.   Records, notes, receipts, and indicia of ownership relating to any firearms, ammunition or other firearms related accessories;

    j.   Contents of the backpack worn by PATTERSON and contents of any other clothing worn by occupants of the PREMISES.

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means      ☑ **Original**      ❏ **Duplicate Original**

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>13 EAST JEFFERSON STREET, APARTMENT 5<br>PHILADELPHIA, PA | )<br>)<br>)      Case No.  26-mj-536<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Pennsylvania_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____April 9, 2026_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____the on duty Magistrate Judge_____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____

City and state:      Philadelphia, Pennsylvania

Digitally signed by Caroline Goldner Cinquanto
Date: 2026.03.26 17:51:52 -04'00'

*Judge's signature*

Caroline Goldner Cinquanto, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br> 26-mj-536 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____            _____
                                                                    *Executing officer's signature*

                                                          _____
                                                                      *Printed name and title*